No. 23-55745

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Wendy Cunning,
an individual,

*Plaintiff-Appellee,*

v.

Skye Bioscience, Inc.,
a Nevada corporation,

*Defendant-Appellant.*

On Appeal from the United States District Court for the Central District of California, No. 8:21-cv-00710-DOC-KES
Hon. David O. Carter, U.S. District Judge

## APPELLANT'S UNOPPOSED MOTION TO STAY APPEAL; DECLARATION OF ANNE M. VOIGTS IN SUPPORT

Joseph N. Akrotirianakis
KING & SPALDING LLP
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071

Matthew V.H. Noller
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111

Anne M. Voigts
KING & SPALDING LLP
601 South California Avenue
Suite 100
Palo Alto, CA 94304
(650) 422-6700
avoigts@kslaw.com

*Counsel for Appellant Skye Bioscience, Inc.*

December 15, 2023

Under Federal Rule of Appellate Procedure 27(a), Appellant Skye Bioscience, Inc. respectfully moves this Court to stay this appeal pending the conclusion of the appeal in its lead companion case, No. 23-55248. Counsel for Appellee Wendy Cunning does not oppose this motion. Voigts Decl. ¶ 8.

This appeal and appeal No. 23-55248 both arise out of the trial of Ms. Cunning's whistleblower claims against Skye. The jury returned a verdict in Ms. Cunning's favor, and Skye filed a notice of appeal from that judgment on March 15, 2023. D. Ct. Dkt. 181. This Court docketed that appeal under No. 23-55248 on March 17, 2023. CA9 No. 23-55248, Dkt. 1.

On August 2, 2023, the district court granted Ms. Cunning's motion for an award of attorneys' fees. D. Ct. Dkt. 222. Skye filed a notice of appeal from that order on August 24, 2023. D. Ct. Dkt. 232. That initiated this appeal, which this Court docketed on August 25. CA9 No. 23-55745, Dkt. 1. This Court related Skye's two appeals and designated the appeal from the merits of the verdict, No. 23-55248, as the lead appeal.

Although Skye's appeal from the verdict was initiated first and is the lead appeal, it was paused until the district court resolved Skye's post-trial motions on August 21 and October 19, 2023. D. Ct. Dkts. 231,

1

235; *see* CA9 No. 23-55248, Dkts. 7, 11, 13–15. As a result of that delay, this appeal is proceeding on a faster track than Skye's merits appeal. Skye's opening brief in this appeal is currently due on January 3, 2024. CA9 No. 23-55745, Dkt. 12. Skye's opening brief in the merits appeal is currently due on February 5, 2024. CA9 No. 23-55248, Dkt. 15.

In the interests of efficiency, Skye's merits appeal should proceed before this appeal. That appeal was initiated and docketed before this appeal, was designated the lead appeal, and is now lagging behind this appeal only due to the timing of the district court's rulings on Skye's post-trial motions. And because Ms. Cunning's fees award was based on her status as the prevailing party at trial, a reversal of the verdict in her favor would also require a reversal of the fees award. As a result, many of Skye's arguments for reversal of the verdict will overlap with its arguments for reversal of the fees award, and the Court's resolution of the merits appeal could very well moot this appeal or materially affect the arguments to be made. Voigts Decl. ¶ 7. By proceeding with the lead merits appeal first, the Court may spare itself and the parties the time and expense of briefing and arguing this appeal; at a minimum, the

resolution of the merits appeal will significantly narrow and streamline this appeal.

For these reasons, Appellant requests that the Court stay this appeal pending the conclusion of Skye's merits appeal in No. 23-55248.

## CONCLUSION

This Court should stay this appeal pending the conclusion of the appeal in No. 23-55248.

Respectfully submitted,

s/Anne M. Voigts
Anne M. Voigts
KING & SPALDING LLP
601 South California Avenue
Suite 100
Palo Alto, CA 94304
(650) 422-6700
avoigts@kslaw.com

*Counsel for Appellant Skye Bioscience, Inc.*

December 15, 2023

# DECLARATION OF ANNE M. VOIGTS IN SUPPORT OF UNOPPOSED MOTION TO STAY APPEAL

I, Anne M. Voigts, hereby declare:

1. I am a partner in the law firm of King & Spalding LLP, counsel for Appellant Skye Bioscience, Inc., and a member of the bar of this Court.

2. This appeal and its companion appeal, No. 23-55248, are currently pending in this Court.

3. This appeal and appeal No. 23-55248 both arise out of the trial of Ms. Cunning's whistleblower claims against Skye. The jury returned a verdict in Ms. Cunning's favor, and Skye filed a notice of appeal from that judgment on March 15, 2023. D. Ct. Dkt. 181. This Court docketed that appeal under No. 23-55248 on March 17, 2023. CA9 No. 23-55248, Dkt. 1.

4. On August 2, 2023, the district court granted Ms. Cunning's motion for an award of attorneys' fees. D. Ct. Dkt. 222. Skye filed a notice of appeal from that order on August 24, 2023. D. Ct. Dkt. 232. That initiated this appeal, which this Court docketed on August 25. CA9 No. 23-55745, Dkt. 1. This Court related Skye's two appeals and designated the appeal from the merits of the verdict, No. 23-55248, as the lead appeal.

5. Skye's appeal from the verdict was paused until the district court resolved Skye's post-trial motions on August 21 and October 19, 2023. D. Ct. Dkts. 231, 235; *see* CA9 No. 23-55248, Dkts. 7, 11, 13–15.

6. Skye's opening brief in this appeal is currently due on January 3, 2024. CA9 No. 23-55745, Dkt. 12. Skye's opening brief in the merits appeal is currently due on February 5, 2024. CA9 No. 23-55248, Dkt. 15.

7. Many of Skye's arguments for reversal of the verdict will overlap with its arguments for reversal of the fees award. As a result, the Court's resolution of the merits appeal could very well moot this appeal or materially affect the issues and arguments to be made in it.

8. On December 13, 2023, my colleague Matthew Noller emailed counsel for Ms. Cunning to seek their position on this motion. Counsel for Ms. Cunning responded on December 14 that they do not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 15, 2023

s/Anne M. Voigts<br>
Anne M. Voigts

**Federal Rules of Appellate Procedure Form 6. Certificate of Compliance With Type-Volume Limit**

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) and page limit of Cir. R. 27-1(1)(d) because, excluding the parts of the document exempted by Fed R. App. P. 27(a)(2)(B) and 32(f) and Cir. R. 27-1(1)(d),

    ✓ this document contains 496 words and 3 pages, **or**

    ☐ this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    ✓ this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font, **or**

    ☐ this document has been prepared in a monospaced typeface using [*state name and version of word-processing program*] with [*state number of characters per inch and name of type style*].

(s) /s/ Anne M. Voigts

Attorney for Appellant

Dated: 12/15/2023